UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY JOHNSON,

    Plaintiff,

vs.

    Case No. 10-11045
    HON. GEORGE CARAM STEEH

OAKLAND COUNTY, RYAN RATHBURN,
and JAMES GINNEL,

    Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DISMISSING DEFENDANT OAKLAND COUNTY AND SETTING SETTLEMENT CONFERENCE, PRE-TRIAL CONFERENCE AND TRIAL DATES

The parties having appeared for oral argument on defendants' motion for summary judgment on this date, and for the reasons stated on the record,

Defendants' motion for summary judgment [#17] is GRANTED IN PART and DENIED IN PART.

Count III is dismissed from this cause of action.

Defendant Oakland County is dismissed from this cause of action.

The parties shall appear for settlement conference on May 23, 2011 at 9:30 a.m.

The final pre-trial order is due on or before June 23, 2011.

The parties shall appear for the final pre-trial conference on June 30, 2011 at

10:00 a.m.

Trial begins on July 7, 2011 at 9:00 a.m.

SO ORDERED.

Dated: April 25, 2011

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 25, 2011, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk