UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY JOHNSON,

        Plaintiff(s),

vs.

Case No. 10-11045

HON. GEORGE CARAM STEEH

COUNTY OF OAKLAND, ET AL,

        Defendant(s).
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On today's date the attorneys and parties of record placed a settlement agreement on the record;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: May 23, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
May 23, 2011 by electronic mail.

        s/Marcia Beauchemin
        Deputy Clerk